# UNITED STATES DISTRICT COURT FILED

for the

Eastern District of Tennessee

Knoxville Division

2019 OCT 28 P 3: 17

U.S. DISTRICT COURT
EASTERN DIST. TENN.

DEPT. CLERK

K. Jarred Flynn
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Crossville Housing Authority
Kathy Vandlandingham
Benny Hill
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 3:19-CV-426
(to be filled in by the Clerk's Office)

Varlan / Guyton

Jury Trial: (check one)  ☒ Yes  ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — Keith Jarred Flynn
Street Address — 333 Scarlett Dr.
City and County — Crossville  Cumberland
State and Zip Code — TN  38555
Telephone Number — (931)-787-7677
E-mail Address — KJarrredFlynn@Gmail.Com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name — Crossville Housing Authority

Job or Title *(if known)* —

Street Address — 67 Irwin Ave

City and County — Crossville    Cumberland

State and Zip Code — TN    38555

Telephone Number — (931) 484-2990

E-mail Address *(if known)* —

Defendant No. 2

Name — Kathy Vanlandingham

Job or Title *(if known)* — Executive Director

Street Address — 67 Irwin Ave

City and County — Crossville    Cumberland

State and Zip Code — TN    38555

Telephone Number — (931) 484-2990

E-mail Address *(if known)* —

Defendant No. 3

Name — Benny Hill

Job or Title *(if known)* — Maintence Supervisor

Street Address — 67 Irwin Ave

City and County — Crossvill    Cumberland

State and Zip Code — TN    38555

Telephone Number — (931) 484-2990

E-mail Address *(if known)* —

Defendant No. 4

Name —

Job or Title *(if known)* —

Street Address —

City and County —

State and Zip Code —

Telephone Number —

E-mail Address *(if known)* —

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Crossville Housing Authority |
| Street Address | 67 Irwin Ave |
| City and County | Crossville        Cumberland |
| State and Zip Code | TN        38555 |
| Telephone Number | (931) - 484 - 2990 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

_____

☐    Relevant state law *(specify, if known)*:

_____

☐    Relevant city or county law *(specify, if known)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.

☐ Termination of my employment.

☐ Failure to promote me.

☒ Failure to accommodate my disability.

☐ Unequal terms and conditions of my employment.

☒ Retaliation.

☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

4-29-19 and 6-20-19

C. I believe that defendant(s) *(check one)*:

☒ is/are still committing these acts against me.

☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐ race _____

☐ color _____

☐ gender/sex _____

☐ religion _____

☐ national origin _____

☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*

☒ disability or perceived disability *(specify disability)*

injury to lower back recieved in auto accident

E. The facts of my case are as follows. Attach additional pages if needed.

## III. Statement of Claim

On 3/7/2019- 3/08/2019- Kathy Vanlandingham and Benny Hill did not complete Workman's Comp Injury form and provide me with doctor panels.

On 3/12/2019- I asked Kathy to file a Workman's Comp Claim, so that I could see a doctor and get an excuse and was told "I do not have to file anything, it don't work like that." However, while in the emergency room, later that evening, the hospital forced CHA to file this as a Workman's Comp Claim. Since then, CHA has failed to accommodate my disability that was created by an automobile accident on the job.

On 4/29/2019, Kathy Vanlandingham and Benny Hill were personally involved due to a write –up received from missing excessively due to injuries sustained from automobile accident on 3/7/2019.

On 6/14/2019, my representatives attended the Board of Directors meeting to show the treatment that I had been receiving due to an injury sustained at work. In return, I was sent a letter to stop clocking-in because I was creating a disturbance.

I have been retaliated against for filing a Workman's Comp claim by being written up, given harder jobs to complete that I could not do, bullied with emails, refused to be allowed to clock-in, and letter being told to stop clocking in and not being allowed to return to work following release from neurosurgeon.

E.

On 3/7/2019, I was rear-ended in an automobile accident while on duty. I was instructed to go to Exac Care, per Benny Hill, to take a drug test, as it is company policy to go immediately and take a drug test. While at Exac Care, I had a back spasm and was told by their employees to report immediately to the emergency room. The following morning, I reported what had happened at Exac Care and the ER to my immediate supervisor, Benny Hill. He only asked where I took my drug. On 3/12/2019, I asked about making a workman's comp claim and was given the run around between Jessica Stuhr and Donna Carr (?) on who was supposed to file the claim. At the end of the day, I returned back to Exac Care for a follow-up as instructed by the nurse at Exac Care on 3/7/2019. I was told by an Exac Care employee that I was denied being seen by a physician by Kathy and would have to talk to her the next day. On 3/13/2019, while waiting in Jessica Stuhr's office, she and I overhead Kathy Vanlandingham tell Donna that "this is not a workman's comp claim, but an auto accident and file it as such." Momentarily, Donna returned to Jessica's office and I was informed that this was an auto accident and not a work comp claim. At that time I was given a piece of paper with an auto accident claim number on it, told to clock out, and report to the emergency room by Donna. I was not given a work comp accident report to complete until 3/13/2019, after the hospital forced Kathy Vanlandingham to file it as such instead of an auto accident claim. I was in the hospital that day from 12 pm to 6 pm. On 3/25/2019, I met with Kathy to discuss why I was not paid for time-spent time on the scene of the auto accident, drug test, and multiple ER visits. I was told that, "I(Kathy) do not have to pay you for such, it doesn't work that way." On 4/18/2019, I asked Donna for a copy of a C-42g form/ panel of work comp doctor's to chose from, she informed me that she had no idea what I was talking about and under the impression that work comp was paying for Dr. Patel. On 4/24/2019, I submitted a physician's excuse, signed by my primary care doctor, stating that I was limited in the hours that I could work due to back pain received in an automobile wreck. At that point, I was physically unable to work a full 40-hour week and meet the demands of my job. I was not offered time off or any type of accommodation to help with the injury sustained at work, however, my job did get increasingly harder. I continued to clock

-in daily to work what I could, so that I could continue to pay for my medical care. On 4/29/2019, I was written up by Benny Hill and Kathy Vanlandingham for missing excessively due to back pain, sustained in auto accident. Immediately after receiving the write-up, I was finally given my first panel of work comp doctor's to choose from. On 5/20/2019, I filed a discrimination claim against Benny Hill, Kathy Vanlandingham, and Donna Carr for discrimination; creating a hostile work environment, and gross negligence. Since said claim, I have been denied back pay for hours spent in ER on night of said accident, (which I was told- I do not have to pay you for those hours you spent taking a drug test), work comp wages from accident until now, harassed, bullied, denied daily clocking in to work what I am able to work and denied by Kathy Vanlandingham to meet with the Board of Directors for Crossville Housing Authority about aforementioned discrimination claim. Please note that this is the second discrimination claim that I have filed against Kathy. On 6/10/2019, I was informed that the doctor from my first panel I chose, refused to see me and I would be given another panel of doctor's to choose from. On 6/12/2019, I was given a second panel of doctor's to choose from and chose Dr. Lein. On 6/14/2019, Kristin Hatcher and Jolene Fields, attended said Board Meeting, in my place, to give Crossville Housing Authorities (CHA) my complaint and evidence against CHA, Kathy Vanlandingham, and Benny Hill regarding said matter. On 6/24/2019, I received a "cease and desist" letter from CHA's Employment Attorneys, stating to immediately stop showing up trying clocking in. In this letter, there is no resolution as to when I would be able to return to work or receive some type of paycheck. On 9/11/2019, I chose Dr. Glattes from a third panel of doctors. Since my accident, there have been two other employees who have had work related accidents, they have already been seen by work comp doctors and released to return to work. While waiting for the approval of a Workman's Comp doctor, I have been seen, treated, and released to go back to work from my primary care physician and neurosurgeons. Treatment that I have received from all three doctors include; steroid pack treatment, 2 trigger point injections, and 3 sets of ESI injections. Since I have been released by my physicians, I have still not been allowed to return back to work.



# Thank You

1 message

**ask.thrc@tn.gov** <noreply+06ac974288a8afb4@formstack.com>
Reply-to: ask.thrc@tn.gov
To: kjarrredflynn@gmail.com

Fri, May 17, 2019 at 2:53 PM

Thank you. Your Tennessee Human Rights Commission complaint form has been received. There is no need to complete a second online request or submit a paper complaint form unless you are presenting different allegations.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)* Filed with Tennessee Human Rights Commission on 5-17-19 and it was cross referenced with the EEOC

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)* 8-02-2019

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*IV B.*

EEOC Form 161 (11/16)

## U.S. Equal Employment Opportunity Commission

## Dismissal and Notice of Rights

| To: Keith Flynn<br>333 Scarlett Drive<br>Crossville, TN 38555 | From: Nashville Area Office<br>220 Athens Way<br>Suite 350<br>Nashville, TN 37228 |
|---|---|

| ☐ | *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))* | |
|---|---|---|
| EEOC Charge No.<br><br>25A-2019-00425 | EEOC Representative<br>**JEREMY MOORE,**<br>**Investigator Support Asst** | Telephone No.<br><br>**(615) 736-5913** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Debb X Walker PAB*

**Deborah K. Walker,**
**Area Office Director**

AUG 0 2 2019

*(Date Mailed)*

Enclosures(s)

cc: **Kathy Vanlandingham**
**Crossville Housing Authority**
**EXECUTIVE DIRECTOR**
**P.O. box 425**
**Crossville, TN 38557**

V. Relief:

Damages asked for are out of pocket expenses, lost wages, annual/sick time.

Out of pocket expenses:

> Co-Pays: $260.00
> Parking: $18.00
> Prescribed Meds: $389.59
> Lawyer fees: $2400.00
> Dr. letter: $150.00
> Insurance payments: $494.00
> Co-pays: $260.00
> Mileage to Drs.: $681.50
> Certified mail: $11.70
> Medical bills: $12,108.04

Lost Wages, Annual, and Sick time: $12,607.00

Total: $29,541.83

I feel that Crossville Housing Authority has violated my rights as an employee because my disability was received on the job and then they discriminated against me because of it. They have made the job hostile for me by failing to make any accommodations for me, but instead gave me write-ups and harder jobs. They continually harassed me to produce a Workman's Comp doctor's excuse for time I was missing, but would not accept the doctor's note that I provided from my treating physician. I feel that because it didn't state what I was allowed to do other than limited in the hours I could work over my back injury I received on the job. To date, C.H.A. and its workers comp insurance provider Public Partners Entity still has not gotten me in to see a Workman's Comp doctor who could provide the type of excuse they are requesting. On 6-20-2019, I was told by C.H.A.'s Employment lawyers to "cease and desist" trying to clock-in. I have not received a pay-check from Workman's Comp as to date, however, I'm not fired, but I am also not allowed to clock-in to earn a pay-check. My neurosurgeon has released me back to baseline status as of 8-21-2019, yet I'm still not allowed to clock-in, or have been seen by a Workman's Comp doctor to give me a release that allows me to return back to work.

Due to treatment by C.H.A. in this matter, I have suffered emotional distress, pain and suffering, was temporarily disabled, incurred numerous medical bills, and loss of consortium. I am asking the court for compensatory and punitive damages in

the sum of $100,000, for reasons of the violations of the federal laws against discrimination under Title VII, the Americans with Disabilities Act, retaliation, and creating a hostile work environment.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-28-19

Signature of Plaintiff _____

Printed Name of Plaintiff _____Keith Jarred Flynn_____

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____

Print    Save As...    Add Attachment