UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| K. JARRED FLYNN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 2:19-cv-00094 |
| CROSSVILLE HOUSING AUTHORITY, | ) | |
| Defendant. | ) | |

### ORDER

The Magistrate Judge has entered a Report and Recommendation (Doc. No. 103), recommending that Crossville Housing Authority's motion for summary judgment be granted and that K. Jarred Flynn's motion for summary judgment be denied. No objections have been filed.

Having considered the matter *de novo,* as required by Rule 72, the Court agrees with the recommended disposition. Accordingly, the Report and Recommendation (Doc. No. 103) is **ACCEPTED** and **APPROVED**, and this case is hereby **DISMISSED.**

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE