UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| K. JARRED FLYNN, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | No. 2:19-cv-00094 |
| CROSSVILLE HOUSING AUTHORITY, | ) |  |
| Defendant. | ) |  |

## ORDER

For the reasons discussed in the accompanying Memorandum Opinion, K. Jarred Flynn's objections are **OVERRULED**, the Magistrate Judge's Report and Recommendation (Doc. No. 103) is **APPROVED AND ADOPTED**, Flynn's Motion for Summary Judgment (Doc. No. 44) is **DENIED**, Crossville Housing Authority's Motion for Summary Judgment (Doc. No. 68) is **GRANTED**, and this case is **DISMISSED**. This is a final order. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE